11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juan Damas Rodriguez,                           * From the 106th District
                                              Court of Gaines County,
                                              Trial Court No. 10-4033.

Vs. No. 11-11-00046-CR                   * February 14, 2013

State of Texas,                                      * Memorandum Opinion by McCall, J.
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.